UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| West Coast Distribution, Inc., | | |
| | Case Number: | 2:19-bk-20332-BB |
| | Operating Report Number: | 2 |
| Debtor(s). | For the Month Ending: | 9/30/2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS

3.  BEGINNING BALANCE: 0.00

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 648,850.18 |
| Accounts Receivable - Pre-filing | | 496,816.61 |
| General Sales | | |
| Other (Specify) | Transfer from pre-petition bank AC | 972,818.95 |
| **Other (Specify) | Aetna Reim =405.35 & Google ACH deposit | 406.32 |

TOTAL RECEIPTS THIS PERIOD: 2,118,892.06

5.  BALANCE: 2,118,892.06

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 350,000.00 |
| Disbursements (from page 2) | 579,256.34 |

TOTAL DISBURSEMENTS THIS PERIOD:*** 929,256.34

7.  ENDING BALANCE: 1,189,635.72

8.  General Account Number(s): East West Bank account ending in 4175

Depository Name & Location: East West  Bank
Pasadena, CA

\*   All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/5/2019 | 1000 | Simplified Labor Sta | Staffing Agency | | 66,000.00 | 66,000.00 |
| 9/9/2019 | ACH | East West Bank | Bank Service Charge | | 20.00 | 20.00 |
| 9/11/2019 | | | DIP - Payroll | 200,000.00 | | 200,000.00 |
| 9/11/2019 | 1003 | FINEMANWEST & | Accountant | | 5,000.00 | 5,000.00 |
| 9/11/2019 | 1006 | NU-WAYE 1408 | Boiler Machine Maintenance | | 241.00 | 241.00 |
| 9/11/2019 | 1002 | Diablito Express | Delivery Service | | 140.00 | 140.00 |
| 9/11/2019 | 1008 | Sal's Propane, Inc. | Forklift Propane | | 858.48 | 858.48 |
| 9/11/2019 | 1001 | Aetna | Health Insurance | | 3,694.51 | 3,694.51 |
| 9/11/2019 | 1004 | HYG Financial Servi | Lease Payment - Forklift | | 1,412.36 | 1,412.36 |
| 9/11/2019 | 1005 | HYG Financial Servi | Lease Payment - Forklift | | 4,428.81 | 4,428.81 |
| 9/11/2019 | ACH | WELLS FARGO EQ | Lease Payment - Racking System | | 12,072.99 | 12,072.99 |
| 9/11/2019 | 1015 | Premium Financing S | Liability Insurance Premium Payment | | 3,818.77 | 3,818.77 |
| 9/11/2019 | 1009 | Simplified Labor Sta | Staffing Agency | | 55,014.79 | 55,014.79 |
| 9/11/2019 | 1012 | Workforce Solutions | Staffing Agency | | 2,656.99 | 2,656.99 |
| 9/11/2019 | 1013 | Workforce Solutions | Staffing Agency | | 31,533.11 | 31,533.11 |
| 9/11/2019 | 1014 | Simplified Labor Sta | Staffing Agency | | 13,000.00 | 13,000.00 |
| 9/11/2019 | 1017 | Premium Financing S | Umbrella Policy Premium Payment | | 691.90 | 691.90 |
| 9/11/2019 | 1019 | American Reclamatio | Utility Deposit | | 627.05 | 627.05 |
| 9/11/2019 | 1020 | American Reclamatio | Utility Deposit | | 627.05 | 627.05 |
| 9/11/2019 | 1021 | AT&T 1210 | Utility Deposit | | 127.98 | 127.98 |
| 9/11/2019 | 1022 | AT&T 1912 | Utility Deposit | | 125.86 | 125.86 |
| 9/11/2019 | 1023 | AT&T 2190 | Utility Deposit | | 700.06 | 700.06 |
| 9/11/2019 | 1024 | City of Santa Fe Spri | Utility Deposit | | 1,834.52 | 1,834.52 |
| 9/11/2019 | 1025 | City of Santa Fe Spri | Utility Deposit | | 358.26 | 358.26 |
| 9/11/2019 | 1026 | CITY OF VERNON | Utility Deposit | | 4,856.73 | 4,856.73 |
| 9/11/2019 | 1027 | CITY OF VERNON | Utility Deposit | | 4,476.47 | 4,476.47 |
| 9/11/2019 | 1028 | Edison - 3163-3129 | Utility Deposit | | 5,707.27 | 5,707.27 |
| 9/11/2019 | 1029 | Granite Telecommun | Utility Deposit | | 738.41 | 738.41 |
| 9/11/2019 | 1032 | Serv-Wel Disposal | Utility Deposit | | 1,001.82 | 1,001.82 |
| 9/11/2019 | 1033 | Stanley Convergent S | Utility Deposit | | 29.68 | 29.68 |
| 9/11/2019 | 1034 | TelePacific Commun | Utility Deposit | | 6,281.11 | 6,281.11 |
| 9/11/2019 | 1035 | THE GAS CO | Utility Deposit | | 15.93 | 15.93 |
| 9/11/2019 | 1036 | THE GAS CO | Utility Deposit | | 376.42 | 376.42 |
| 9/11/2019 | 1037 | Verizon - 002 | Utility Deposit | | 1,465.16 | 1,465.16 |
| 9/11/2019 | 1038 | Verizon Wireless-631 | Utility Deposit | | 2,209.66 | 2,209.66 |
| 9/11/2019 | 1043 | Google Apps | Utility Deposit | | 560.00 | 560.00 |
| 9/11/2019 | 1044 | NETWORK SOLUT | Utility Deposit | | 26.98 | 26.98 |
| 9/11/2019 | 1045 | TTR Limited | Utility Deposit | | 171.33 | 171.33 |
| 9/11/2019 | 1046 | Amazon Web Service | Utility Deposit | | 178.81 | 178.81 |
| 9/12/2019 | 1040 | Mark Alvarado | Expense Reimbursement | | 389.65 | 389.65 |
| 9/12/2019 | 1041 | MARTHA GATICA | Expense Reimbursement | | 250.00 | 250.00 |
| 9/12/2019 | 1039 | C.M Supply CO. | Shipping Supplies | | 5,304.00 | 5,304.00 |
| 9/13/2019 | 1047 | CUSTOMIZED INC | Health Insurance | | 7,454.67 | 7,454.67 |
| 9/13/2019 | 1048 | CUSTOMIZED INC | Health Insurance | | 845.27 | 845.27 |
| 9/18/2019 | 1057 | Stanley Convergent S | Alarm Service | | 29.68 | 29.68 |
| 9/18/2019 | 1058 | Pacific Alarm System | Alarm Service | | 110.62 | 110.62 |
| 9/18/2019 | 1053 | VM Boiler | Boiler Machine Maintenance | | 1,203.00 | 1,203.00 |
| 9/18/2019 | 1049 | CLEANCRAFT IND | Cleaning Supplies | | 1,569.53 | 1,569.53 |
| 9/18/2019 | 1052 | International Forklift | Forklift Rental | | 20,914.50 | 20,914.50 |
| 9/18/2019 | 1054 | INTERNATIONAL | Shipping Supplies | | 341.20 | 341.20 |
| 9/18/2019 | 1059 | Savon Pallets Service | Shipping Supplies | | 3,729.38 | 3,729.38 |
| 9/18/2019 | 1060 | SEWING COLLECT | Shipping Supplies | | 1,011.78 | 1,011.78 |
| 9/18/2019 | 1061 | Savon Pallets Service | Shipping Supplies | | 898.04 | 898.04 |

| Date | Check # | Payee | Description | Transfer* | Amount** | Total |
|---|---|---|---|---|---|---|
| 9/18/2019 | 1050 | Workforce Solutions | Staffing Agency | | 37,579.01 | 37,579.01 |
| 9/18/2019 | 1051 | Simplified Labor Sta | Staffing Agency | | 63,135.64 | 63,135.64 |
| 9/18/2019 | 1055 | Serv-Wel Disposal | Trash Disposal | | 992.40 | 992.40 |
| 9/18/2019 | 1056 | American Reclamatio | Trash Disposal | | 1,287.12 | 1,287.12 |
| 9/23/2019 | ACH | UPS - 14120F | Parcel Processing | | 89.28 | 89.28 |
| 9/25/2019 | | | DIP - Payroll | 150,000.00 | | 150,000.00 |
| 9/25/2019 | 1082 | Jaya Apparel Group, | Building Rent | | 52,000.00 | 52,000.00 |
| 9/25/2019 | 1070 | RACHID BELMAA | DMV Renewal | | 471.68 | 471.68 |
| 9/25/2019 | 1066 | Cesar Arellano | Expense Reimbursement | | 196.04 | 196.04 |
| 9/25/2019 | 1068 | Graciela Gonzalez | Expense Reimbursement | | 108.41 | 108.41 |
| 9/25/2019 | 1074 | Wells Fargo Vendor | Fax and Copier machine rent | | 3,784.64 | 3,784.64 |
| 9/25/2019 | 1079 | Sal's Propane, Inc. | Forklift Propane | | 1,962.35 | 1,962.35 |
| 9/25/2019 | 1067 | CISCO SYSTEMS C | IT Expense | | 547.24 | 547.24 |
| 9/25/2019 | 1073 | WELLS FARGO EQ | Lease Payment - Racking System | | 12,708.41 | 12,708.41 |
| 9/25/2019 | 1081 | Warner Safeguard In | Security Guard Services | | 19,122.32 | 19,122.32 |
| 9/25/2019 | 1080 | Savon Pallets Service | Shipping Supplies | | 5,594.07 | 5,594.07 |
| 9/25/2019 | 1063 | Simplified Labor Sta | Staffing Agency | | 58,000.44 | 58,000.44 |
| 9/25/2019 | 1064 | Workforce Solutions | Staffing Agency | | 33,507.58 | 33,507.58 |
| 9/25/2019 | 1071 | TelePacific Commun | Telephone | | 6,304.61 | 6,304.61 |
| 9/25/2019 | 1072 | THE GAS CO | Utility | | 132.14 | 132.14 |
| 9/25/2019 | 1075 | THE GAS CO | Utility | | 5.23 | 5.23 |
| 9/25/2019 | 1065 | AAJ Repair Forklift | Yard Goat Rental | | 2,190.00 | 2,190.00 |
| 9/26/2019 | 1084 | KHALID LEMLIH | Expense Reimbursement | | 1,187.06 | 1,187.06 |
| 9/26/2019 | 1086 | PETTY CASH - Mar | Petty Cash | | 617.83 | 617.83 |
| 9/26/2019 | 1085 | MARTHA GATICA | Petty Cash | | 360.89 | 360.89 |
| 9/30/2019 | ACH | UPS - 14120F | Parcel Processing | | 240.36 | 240.36 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 350,000.00 | 579,256.34 | $929,256.34 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# EAST WEST BANK

your financial bridges

Direct inquiries to:
888 89 - 6

3  N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

**ACCOUNT STATEMENT**
Page   1   of   12
STARTING DATE: September   3, 2   9
ENDING DATE: September  3 , 2   9
Total days in statement period: 28

4  7
( 51)

WEST COAST DISTRIBUTION,INC.
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2-19BK-20332
GENERAL OPERATING
2608 E 37TH ST
VERNON CA 90058-1723

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
practices and find out ways to protect
yourself from cybercrime at
eastwestbank.com and search "Privacy &
Security".

## Business Elite

| | | | |
|---|---|---|---|
| Account number | 4  7 | Beginning balance | $ . |
| Enclosures | | Total additions  ( 37) | 2, 23,476.87 |
| Low balance | $ . | Total subtractions  ( 58) | 746,73 .43 |
| Average balance | $86 ,738.48 | Ending balance | $ ,376,746.44 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 9- 4 | Deposit | | 8,8 7.7 |
| | 9- | Credit Memo | TLR 1305 BR 8013 | 4, 84.82 |
| | 9- | Deposit | | 3,324.28 |
| | 9- 6 | Credit Memo | TLR 1306 BR 8013 | 38, 7 . |
| | 9- 6 | Deposit | | 48,23 .38 |
| | 9- 9 | Wire Trans-IN | CENTRIC BRANDS HOL DING LLC | 4. |
| | 9- 9 | Wire Trans-IN | CENTRIC BRANDS HOL DING LLC | 226,77 . 9 |
| | 9- 9 | Deposit | | 7 ,3 9.22 |
| | 9- | Credit Memo | TLR 1306 BR 8013 | 7 ,62 .93 |
| | 9- | Pre-Auth Credit | GOOGLE TEST 190910 USO01JR84S | .96 |
| | 9- | Deposit | | 62, 7.92 |
| | 9- 2 | Credit Memo | TLR 1306 BR 8013 | 7, 7 .76 |
| | 9- 2 | Deposit | | 3 , 26.8 |
| | 9- 3 | Deposit | | 2, 4.2 |
| | 9- 6 | Credit Memo | TLR 1305 BR 8013 | 6 ,3 .28 |
| | 9- 6 | Deposit | | 2 ,4 .27 |
| | 9- 7 | Credit Memo | TLR 1305 BR 8013 | 29, 3 .83 |
| | 9- 7 | Deposit | | 86,824. 4 |
| | 9- 8 | Deposit | | 3 ,326.3 |
| | 9- 9 | Credit Memo | TLR 1308 BR 8013 | 48, 86.8 |
| | 9- 9 | Deposit | | 2, 2. |
| | 9-2 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | |
| | | | 0081311581 | 226,3 3. 4 |
| | 9-2 | Deposit | | 7,24 . 9 |
| | 9-23 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | |
| | | | 0081311581 | 23,346. 2 |
| | 9-23 | Wire Trans-IN | 10643840 CANADA IN C | 6 .7 |
| | 9-23 | Deposit | | 22,484. |

# EAST WEST BANK

Your Financial Bridge

3  N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

WEST COAST DISTRIBUTION, INC.

4 7

| Number | Date | Transaction Description | | Additions |
|--------|------|------------------------|---|-----------|
| | 9-23 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT 00081311581 | 273.7 |
| | 9-24 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT 0081311581 | 44, 79.28 |
| | 9-24 | Wire Trans-IN | DECOR MINNEAPOLIS CORP | 8,  . |
| | 9-24 | Deposit | | 8,844.96 |
| | 9-24 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT 00081311581 | 8 4.82 |
| | 9-2 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT 0081311581 | 73,787.98 |
| | 9-2 | Wire Trans-IN | BRANDED APPAREL GR OUP LLC | 7,  6.77 |
| | 9-2 | Deposit | | 38,642.62 |
| | 9-27 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT 0081311581 | 63,9 2.6 |
| | 9-27 | Deposit | | 8,947.49 |
| | 9-3 | Automatic Trans | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT 0081311581 | 33,396.2 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| | 9- 2 | 66,  . | 34 * | 9-2 | 6,28 . |
| | 9- 7 | 3,694. | 3 | 9-23 | .93 |
| 2 | 9-2 | 4  . | 36 | 9-23 | 376.42 |
| 3 | 9-2 | ,  . | 37 | 9-23 | ,46 . 6 |
| 4 | 9- 8 | ,4 2.36 | 38 | 9-23 | 2,2 9.66 |
| | 9- 8 | 4,428.8 | 39 | 9- 6 | ,3 4. |
| 6 | 9-2 | 24  . | 4 | 9- 6 | 389.6 |
| 8 * | 9- 8 | 8 8.48 | 4 | 9- 8 | 2  . |
| 9 | 9- 7 | ,  4.79 | 47 * | 9- 7 | 7,4 4.67 |
| 2 * | 9- 8 | 2,6 6.99 | 48 | 9- 7 | 84 .27 |
| 3 | 9- 8 | 3 , 33. | 49 | 9-2 | , 69. 3 |
| 4 | 9- 7 | 3, . | | 9-26 | 37, 79. |
| | 9- 9 | 3,8 8.77 | | 9-24 | 63, 3 .64 |
| 7 * | 9- 9 | 69 .9 | 2 | 9-24 | 2 ,9 4. |
| 9 * | 9- 9 | 627. | 3 | 9-23 | ,2 3. |
| 2 | 9- 9 | 627. | 4 | 9-2 | 34 .2 |
| 2 | 9-23 | 27.98 | | 9-26 | 992.4 |
| 22 | 9-23 | 2 .86 | 6 | 9-24 | ,287. 2 |
| 23 | 9-23 | 7 . 6 | 7 | 9-26 | 29.68 |
| 24 | 9-24 | ,834. 2 | 8 | 9-2 | .62 |
| 2 | 9-24 | 3 8.26 | 6  * | 9-27 | .78 |
| 26 | 9- 9 | 4,8 6.73 | 6  * | 9-3 | 2, 9 . |
| 27 | 9- 9 | 4,476.47 | 66 | 9-3 | 96. 4 |
| 28 | 9-2 | ,7 7.27 | 8  * | 9-3 | 9, 22.32 |
| 29 | 9-2 | 738.4 | 8  * | 9-3 | 36 .89 |
| 32 * | 9-23 | , .82 | * Skip in check sequence | | |

**EAST WEST BANK**    Your financial bridge

3  N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

4  7

WEST COAST DISTRIBUTION, INC.

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------|
| 9  9 | Service Charge | WIRE TRANS-IN | . |
| 9  9 | Service Charge | WIRE TRANS-IN | . |
| 9 | Onln Bkg Trfn D | TO ACC 05500014182 | 2  ,  . |
| 9  6 | Preauth Debit | WELLS FARGO BANK LEASE PMTS 190916 000000005390092 | 2, 72.99 |
| 9 2 | Preauth Debit | U. P. S. UPS BILL 190920 19257000014120F | 89.28 |
| 9 2 | Onln Bkg Trfn D | TO ACC 05500014182 | ,  . |
| 9 27 | Preauth Debit | U. P. S. UPS BILL 190927 19264000014120F | 24 .36 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 9  4 | 8,8 7.7 | 9 3 | 688,  8. 7 | 9 24 | ,36 ,4 3.83 |
| 9 | 26,766.8 | 9  6 | 8 3,  7. 8 | 9 2 | ,322,2 2. 8 |
| 9  6 | 3 3, 68. 8 | 9  7 | 889,  7.7 | 9 26 | ,283,6  .49 |
| 9  9 | 6  ,63 .6 | 9  8 | 979, 94.26 | 9 27 | ,36 ,2 9.44 |
| 9 | 849,366.4 | 9  9 | ,  , 8 . | 9 3 | ,376,746.44 |
| 9 | 649,366.4 | 9 2 | ,236,249.63 | | |
| 9  2 | 676, 63.97 | 9 23 | ,27 ,689.8 | | |

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year to date |
|---|---|---|
| Total Overdraft Fees | $  . | $  . |
| Total Returned Item Fees | $  . | $  . |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____9/30/2019_____   Balance on Statement:   $1,376,746.44

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 43719 | 1043 | 560.00 |
| 43719 | 1046 | 178.81 |
| 43719 | 1045 | 171.33 |
| 43719 | 1033 | 29.68 |
| 43719 | 1044 | 26.98 |
| 43726 | 1059 | 3,729.38 |
| 43726 | 1061 | 898.04 |
| 43733 | 1063 | 58,000.44 |
| 43733 | 1082 | 52,000.00 |
| 43733 | 1064 | 33,507.58 |
| 43733 | 1073 | 12,708.41 |
| 43733 | 1071 | 6,304.61 |
| 43733 | 1080 | 5,594.07 |
| 43733 | 1074 | 3,784.64 |
| 43733 | 1079 | 1,962.35 |
| 43733 | 1067 | 547.24 |
| 43733 | 1070 | 471.68 |
| 43733 | 1072 | 132.14 |
| 43733 | 1068 | 108.41 |
| 43733 | 1075 | 5.23 |
| 43734 | 1084 | 1,187.06 |
| 43734 | 1086 | 617.83 |

TOTAL OUTSTANDING CHECKS:                                      182,525.91

Bank statement Adjustments:                              _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        $1,194,220.53

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS    _____

3.  BEGINNING BALANCE:    | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:    350,000.00
    (Transferred from General Account)

5.  BALANCE:    | 350,000.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***    | 310,177.82 |

7.  ENDING BALANCE:    | 39,822.18 |

8.  PAYROLL Account Number(s):    East West Bank account ending in 1482

    Depository Name & Location:    East West  Bank
    Pasadena, CA

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/12/2019 | 1003 | CUSTOMIZED INC. | Payroll | 21,703.56 |
| 9/13/2019 | EFT | BBSI | Payroll | 125,568.98 |
| 9/23/2019 | 1004 | CUSTOMIZED INC. | Payroll | 13,944.30 |
| 9/25/2019 | 1005 | CUSTOMIZED INC. | Payroll | 13,944.30 |
| 9/25/2019 | 1006 | CUSTOMIZED INC. | Payroll | 21,703.56 |
| 9/27/2019 | EFT | BBSI | Payroll | 113,313.12 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 310,177.82 |

**EAST WEST BANK**  your financial bridge

Direct inquiries to:
888 89 - 6

3  N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

ACCOUNT STATEMENT
Page  1  of  3
STARTING DATE: September  3, 2   9
ENDING DATE: September 3 , 2   9
Total days in statement period: 28
4  82
( 4)

WEST COAST DISTRIBUTION,INC.
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2-19-BK-20332
PAYROLL
2608 E 37TH ST
VERNON CA 90058-1723

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
practices and find out ways to protect
yourself from cybercrime at
eastwestbank.com and search "Privacy &
Security".

## Business Elite

| | | | | |
|---|---|---|---|---|
| Account number | 4  82 | Beginning balance | | $  . |
| Enclosures | 4 | Total additions | ( 2) | 3  ,  . |
| Low balance | $  . | Total subtractions | ( 6) | 3   , 77.82 |
| Average balance | $  3,787.43 | Ending balance | | $39,822. 8 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 9- | Onln Bkg Trft C | FR ACC 05500014175 | 2  ,  . |
| | 9-2 | Onln Bkg Trft C | FR ACC 05500014175 | ,  . |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 3 | 9- 3 | 2 ,7 3. 6 | | 9-26 | 3,944.3 |
| 4 | 9-23 | 3,944.3 | 6 | 9-26 | 2 ,7 3. 6 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 9- 3 | Preauth Debit | BARRETT BUSINESS INVOICE 190913 H470076 | 2 , 68.98 |
| 9-27 | Preauth Debit | BARRETT BUSINESS INVOICE 190927 H480736 | 3,3 3. 2 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 9- | 2  ,  . | 9-23 | 38,783. 6 | 9-26 | 3, 3 .3 |
| 9- 3 | 2,727.46 | 9-2 | 88,783. 6 | 9-27 | 39,822. 8 |

# EAST WEST BANK   Your financial bridge

13  N. Los Robles Ave., 6TH FL.
Pasadena, CA 911  1

4182

WEST COAST DISTRIBUTION,INC.

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $ . | $ . |
| Total Returned Item Fees | $ . | $ . |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____9/30/2019_____  Balance on Statement: _____$39,822.18_____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                        | 0.00 |

Bank statement Adjustments:                      _____
Explanation of Adjustments-

[                                                            ]

ADJUSTED BANK BALANCE:                           | $39,822.18 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS    _____

3.  BEGINNING BALANCE:    | 0 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)    _____

5.  BALANCE:    | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***    | 0.00 |

7.  ENDING BALANCE:    | 0.00 |

8.  TAX Account Number(s):    East West Bank account ending in 1489
    _____

    Depository Name & Location:    East West  Bank
    _____
    Pasadena, CA
    _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

**EAST WEST BANK**

Direct inquiries to:
888 89 - 6

3  N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: September  3, 2   9
ENDING DATE: September 3 , 2   9
Total days in statement period: 28

4  89
( 0)

WEST COAST DISTRIBUTION,INC.
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2-19-BK-20332
TAXES
2608 E 37TH ST
VERNON CA 90058-1723

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
practices and find out ways to protect
yourself from cybercrime at
eastwestbank.com and search "Privacy &
Security".

## Business Elite

| | | |
|---|---|---|
| Account number | 4  89 | Beginning balance | $ . |
| Low balance | $ . | Total additions (0) | . |
| Average balance | $ . | Total subtractions (0) | . |
| | | Ending balance | $. |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $ . | $ . |
| Total Returned Item Fees | $ . | $ . |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____9/30/2019_____ Balance on Statement: _____$0.00_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                   | 0.00 |

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

.......................................................................................................

ADJUSTED BANK BALANCE:                                                     | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (PRE-PETITION GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          365,540.66

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          85,705.23
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          279,835.43

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing          477,426.46
    Accounts Receivable - Pre-filing          526,724.77
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:          1,004,151.23

5.  BALANCE:          1,283,986.66

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers toDIP Accounts (from page 2)          972,818.95
    Disbursements (from page 2)          311,167.71

    TOTAL DISBURSEMENTS THIS PERIOD:***          1,283,986.66

7.  ENDING BALANCE:          0.00

8.  General Account Number(s):          East West Bank account ending in 1581

    Depository Name & Location:          East West  Bank
        Pasadena, CA

\*   All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be be the same as the total from page 2.

### TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/1/2019 | 26714 | Imperial Development | Buidling Rent | | 234,780.86 | 234,780.86 |
| 9/1/2019 | 26728 | Charles Dunn Real E | Buidling Rent | | 69,801.35 | 69,801.35 |
| 9/4/2019 | | Audi Financial Servi | Auto Lease | | 1,187.06 | 1,187.06 |
| 9/4/2019 | | Cardmember Service | Credit Card Payment | | 2,416.92 | 2,416.92 |
| 9/6/2019 | | UPS - 14120F | Paarcel Processing | | 107.01 | 107.01 |
| 9/6/2019 | | | Pre-petition 1581 | 138,570.00 | | 138,570.00 |
| 9/10/2019 | | | Pre-petition 1581 | 171,625.93 | | 171,625.93 |
| 9/12/2019 | | | Pre-petition 1581 | 57,170.76 | | 57,170.76 |
| 9/13/2019 | | UPS - 14120F | Paarcel Processing | | 99.03 | 99.03 |
| 9/16/2019 | | | Pre-petition 1581 | 61,305.28 | | 61,305.28 |
| 9/17/2019 | | | Pre-petition 1581 | 29,135.83 | | 29,135.83 |
| 9/17/2019 | | East West Bank | Bank Service Charge | | 1,562.72 | 1,562.72 |
| 9/19/2019 | | | Pre-petition 1581 | 48,586.81 | | 48,586.81 |
| 9/20/2019 | | | Pre-petition 1581 | 226,313.14 | | 226,313.14 |
| 9/23/2019 | | | Pre-petition 1581 | 23,346.52 | | 23,346.52 |
| 9/24/2019 | | | Pre-petition 1581 | 44,579.28 | | 44,579.28 |
| 9/24/2019 | | | Pre-petition 1581 | 273.75 | | 273.75 |
| 9/25/2019 | | | Pre-petition 1581 | 73,787.98 | | 73,787.98 |
| 9/25/2019 | | | Pre-petition 1581 | 814.82 | | 814.82 |
| 9/27/2019 | | | Pre-petition 1581 | 63,912.60 | | 63,912.60 |
| 9/30/2019 | | MERCEDES-BENZ | Auto Lease | | 1,212.76 | 1,212.76 |
| 9/30/2019 | | | Pre-petition 1581 | 33,396.25 | | 33,396.25 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 972,818.95 | 311,167.71 | $1,283,986.66 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# EAST WEST BANK
*Your financial bridge®*

Direct inquiries to:
95-565

5 N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

**ACCOUNT STATEMENT**

Page   1   of   5
STARTING DATE: September   , 2   9
ENDING DATE: September   , 2   9
Total days in statement period:
5
( 15)

WEST COAST DISTRIBUTION,INC.
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2-19-BK-20332
EXPENSE ACCOUNT
2608 E 37TH ST
VERNON CA 90058

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
practices and find out ways to protect
yourself from cybercrime at
eastwestbank.com and search "Privacy &
Security".

## Business Elite

| | | | | |
|---|---|---|---|---|
| Account number | 5 | Beginning balance | | $ 65,54 .66 |
| Enclosures | 5 | Total additions | ( 49) | , 5,2 9. |
| Low balance | $ . | Total subtractions | ( 37) | , 7 ,7 .46 |
| Average balance | $ , 4.69 | Ending balance | | $. |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 9- | Wire Trans-IN | 2781794 CANADA INC DBA JAMMERS | 22,67 . 7 |
| | 9- | Wire Trans-IN | FRAME LA BRANDS, L LC | 4 , 7 . 4 |
| | 9- | Deposit | | 4 ,79 .47 |
| | 9- 4 | Wire Trans-IN | DECOR MINNEAPOLIS CORP | 4, 6 . 4 |
| | 9- 4 | Pre-Auth Credit | LIVE NATION US ACH 190904 | 9 2. 6 |
| | 9- 5 | Pre-Auth Credit | LIVE NATION US ACH 190905 | 4 7. 4 |
| | 9- 5 | Pre-Auth Credit | Lunya Company PAYMENTS REF*63851-64001\ | 24,6 2.6 |
| | 9- 6 | Wire Trans-IN | 2781794 CANADA INC DBA JAMMERS | 6,2 . |
| | 9- 6 | Wire Trans-IN | JAYA APPAREL GROUP LLC | 26,9 .75 |
| | 9- 6 | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 63992 | , 69. |
| | 9- 6 | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 63991 | ,7 7.64 |
| | 9- 6 | Pre-Auth Credit | ARCHIPELAGO INC ACH PMT 190906 | 9,7 . |
| | 9- 6 | Pre-Auth Credit | SUB_URBAN LLC DEPOSIT 63595 63599 63594 | |
| | | | 63593 | ,74 . 4 |
| | 9- 9 | Wire Trans-IN | SAITEX INTERNATION AL DONG NAI | 26,4 . |
| | 9- 9 | Wire Trans-IN | FRAME LA BRANDS, L LC | 5 ,567.45 |
| | 9- 9 | Pre-Auth Credit | GOOD AMERICAN CORPORATE ACC NAME: WEST | |
| | | | C OA ST DISTRIBUTION IN C INV 63964,63966 | 5, 44.44 |
| | 9- | Wire Trans-IN | BRANDED APPAREL GR OUP LLC | , 2 . 6 |
| | 9- | Wire Trans-IN | JV APPAREL CORP | 47,55 . |
| | 9- | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 64127 8/26-8/31/19 | 2 6.2 |
| | 9- | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 64126 8/26-8/31/19 | 777. 6 |
| | 9- | Pre-Auth Credit | SUB_URBAN LLC DEPOSIT 63682 63683 | 2,2 9.9 |
| | 9- | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 64128 8/26-8/31/19 | 4, 76. |
| | 9- | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 64125 8/26-8/31/19 | 6, 2.46 |
| | 9- 2 | Wire Trans-IN | DECOR MINNEAPOLIS CORP | 2, .44 |
| | 9- | Pre-Auth Credit | SUB_URBAN LLC DEPOSIT 63804 63805 63806 | |
| | | | 63807 63808 | , 64.7 |

3409    rev 05-16

**EAST WEST BANK**

5 N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

WEST COAST DISTRIBUTION,INC.

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 09-13 | Pre-Auth Credit | ARCHIPELAGO INC ACH PMT 190913 | 16,328.09 |
| | 09-16 | Wire Trans-IN | SAITEX INTERNATION AL DONG NAI | 14,301.30 |
| | 09-16 | Pre-Auth Credit | GOOD AMERICAN CORPORATE ACC NAME: WEST | |
| | | | COA ST DISTRIBUTION IN C INV 64065,64066 | 14,834.53 |
| | 09-18 | Pre-Auth Credit | LIVE NATION US ACH 190918 | 297.36 |
| | 09-18 | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 64283 9.2-9.9.19 s | |
| | | | pecial project | 536.09 |
| | 09-18 | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 64278 9.2-9.9.19 | 10,378.78 |
| | 09-19 | Wire Trans-IN | 2781794 CANADA INC DBA JAMMERS | 16,825.66 |
| | 09-19 | Wire Trans-IN | DECOR MINNEAPOLIS CORP | 36,372.30 |
| | 09-19 | Pre-Auth Credit | SUB_URBAN LLC DEPOSIT 63900 63899 63857 | |
| | | | 63856 63855 | 9,039.54 |
| | 09-20 | Wire Trans-IN | BRANDED APPAREL GR OUP LLC | 3,875.72 |
| | 09-20 | Wire Trans-IN | H&H LEGACY LLC | 13,952.60 |
| | 09-20 | Wire Trans-IN | JV APPAREL CORP | 131,453.12 |
| | 09-20 | Pre-Auth Credit | ARCHIPELAGO INC ACH PMT 190920 | 13,657.79 |
| | 9-2 | Pre-Auth Credit | Lunya Company PAYMENTS REF*9/4/19-9/17/19 \ | 7,5  .7 |
| | 9-2 | Pre-Auth Credit | GOOD AMERICAN CORPORATE ACC NAME: WEST | |
| | | | COA ST DISTRIBUTION IN C INV 64159,64160, | |
| | | | 64163,64168 | 2 ,62 .27 |
| | 9-2 | Return Item-Sto | VW CREDIT, INC. AUTO DEBIT 190922   CHECK | 27 .75 |
| | 9-24 | Wire Trans-IN | FRAME LA BRANDS, L LC | 45, 94. |
| | 9-24 | Return Item-Sto | FARMERS N W LIFE INS. PREM 190924   CHECK | 4. 2 |
| | 9-25 | Wire Trans-IN | FRAME LA BRANDS, L LC | 67,575.45 |
| | 9-25 | Pre-Auth Credit | TRENDY BUTLER, I ACH Pmt 64441 9/9-9/15/19 | 6,2 2.5 |
| | 9-27 | Wire Trans-IN | VESTURE GROUP INCO RPORATED | ,772. |
| | 9-27 | Pre-Auth Credit | SUB_URBAN LLC DEPOSIT 64016 64015 64014 | |
| | | | 64013 64012 | , 4.6 |
| | 9-27 | Pre-Auth Credit | ARCHIPELAGO INC ACH PMT 190927 | 22, 25. 9 |
| | 9- | Pre-Auth Credit | GOOD AMERICAN CORPORATE ACC NAME: WEST | |
| | | | COA ST DISTRIBUTION IN C INV 61560,161571 DM | 4,6 9. |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 26 72 | 9- 9 | 5 6.7 | 26694 | 9- 4 | 6, .67 |
| 266   * | 9- | 2,629.5 | 26696 * | 9- | , 2 . |
| 26652 * | 9- | 7.74 | 267   * | 9- 4 | . |
| 26667 * | 9- 4 | 6 ,  5.24 | 267 4 | 9- 6 | 2 4,7 . 6 |
| 266 7 * | 9- | ,76 . 2 | 26725 * | 9- | 95. 2 |
| 266 9 * | 9- | 75. | 2672  * | 9- 9 | 69,  . 5 |
| 26692 * | 9- 4 | 4, 4.6 | 267   * | 9- | ,6 6.55 |
| 2669 | 9- 4 | 2, 76.69 | * Skip in check sequence | | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 9- 4 | Preauth Debit | AUDI FINCL, INC. AUTO DEBIT 190903 | , 7. 6 |
| 9- 4 | Preauth Debit | CARDMEMBER SERV WEB PYMT 190903 | 2,4 6.92 |

**EAST WEST BANK**

5 N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

WEST COAST DISTRIBUTION, INC.

| Date | Transaction Description | | Subtractions |
|------|------------------------|--|-------------:|
| 9  6 | Debit Memo | TLR 1306 BR 8013 | ,57 . |
| 9  6 | Preauth Debit | U. P. S. UPS BILL 190906 19243000014120F | 7. |
| 9 | Debit Memo | TLR 1306 BR 8013 | 7 ,625.9 |
| 9  2 | Debit Memo | TLR 1306 BR 8013 | 57, 7 .76 |
| 9 | Preauth Debit | U. P. S. UPS BILL 190913 19250000014120F | 99. |
| 9  6 | Debit Memo | TLR 1305 BR 8013 | 6 , 5.2 |
| 9  7 | Debit Memo | TLR 1305 BR 8013 | 29, 5. |
| 9  7 | Analysis Servic | ANALYSIS ACTIVITY FOR 08/19 | ,562.72 |
| 9  9 | Debit Memo | TLR 1308 BR 8013 | 4 ,5 6. |
| 9  2 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT 5500014175 | 226, . 4 |
| 9  2 | Preauth Debit | VW CREDIT, INC. AUTO DEBIT 190922 | 27 .75 |
| 9  2 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT 5500014175 | 2 , 46.52 |
| 9  2 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT 05500014175 | 27 .75 |
| 9 24 | Preauth Debit | FARMERS N W LIFE INS. PREM 190924 | 4. 2 |
| 9 24 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT 5500014175 | 44,579.2 |
| 9 24 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT 05500014175 | 4. 2 |
| 9 25 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT 5500014175 | 7 ,7 7.9 |
| 9 27 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT 5500014175 | 6 ,9 2.6 |
| 9 | Preauth Debit | MBFS.COM Auto Pay 190930 | ,2 2.76 |
| 9 | Automatic Trans | TRANSFER TO DEPOSIT SYSTEM ACCOUNT 5500014175 | , 96.25 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
|  | 65,54 .66 | 9 | 59,7 5.76 | 9 2 | . |
| 9 | 464, 6 . 2 | 9  2 | 4,576.44 | 9 2 | . |
| 9  4 | 4  ,5 . | 9 | 6 , 7 .2 | 9 24 | . |
| 9  5 | 44 ,669.6 | 9  6 | ,7 . | 9 25 | . |
| 9  6 | 6,5  .6 | 9  7 | , 2.2 | 9 27 | . |
| 9  9 | 6 ,  6.24 | 9 | 2,2 4.5 | 9 | . |
| 9 | 46, 6 . | 9  9 | 25, 65.2 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year to date |
|------|:---:|:---:|
| Total Overdraft Fees | $ . | $ . |
| Total Returned Item Fees | $ . | $ . |

GENERAL ACCOUNT

BANK RECONCILIATION

Bank statement Date: ___9/30/2019___    Balance on Statement: _____ $0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                   | 0.00 |

Bank statement Adjustments:                                                 _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                      | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PRE-PETITION ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE: 4,584.20

4.  RECEIPTS DURING CURRENT PERIOD: 0.62
    (Transferred from General Account)

5.  BALANCE: 4,584.82

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers toDIP Accounts          4,584.82
    Disbursements                         0.00

    TOTAL DISBURSEMENTS THIS PERIOD:*** 4,584.82

7.  ENDING BALANCE: 0.00

8.  PAYROLL Account Number(s):        East West Bank account ending in 5376

    Depository Name & Location:        East West  Bank
                                       Pasadena, CA

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/5/2019 | | West Coast Distribution, Inc | DIP - General | 4,584.82 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 4,584.82 |

# EAST WEST BANK
Your financial bridge

Direct inquiries to:
95-565

5 N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

**ACCOUNT STATEMENT**
Page  1  of  2
STARTING DATE: September   , 2  9
ENDING DATE: September   , 2  9
Total days in statement period:
5  76
( 0)

WEST COAST DISTRIBUTION,INC.
CHAPTER 11 DEBTOR IN POSSESSION
CASE #2-19-BK-20332
2608 E 37TH ST
VERNON CA 90058

| Protecting the security of your account and personal information is our top priority. Learn about our online security practices and find out ways to protect yourself from cybercrime at eastwestbank.com and search "Privacy & Security". |
| --- |

** Closed Account - Final Statement

## Money Market 6 Check Option

| | | | |
| --- | --- | --- | --- |
| Account number | 5  76 | Beginning balance | $4,5  4.2 |
| Low balance | $  . | Total additions  ( 1) | .62 |
| Average balance | $  . | Total subtractions  ( 1) | 4,5  4. 2 |
| Interest paid year to date | $   .59 | Ending balance | $  . |

### CREDITS

| Number | Date | Transaction Description | | Additions |
| --- | --- | --- | --- | --- |
| | 9- 5 | Interest Credit | TLR 1305 BR 8013 | .62 |

### DEBITS

| Date | Transaction Description | | Subtractions |
| --- | --- | --- | --- |
| 9- 5 | Debit Memo | TLR 1305 BR 8013 | -4,5  4. 2 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| - | 4,5  4.2 | 9- 5 | . | | |

### INTEREST INFORMATION

| | | | |
| --- | --- | --- | --- |
| Annual percentage yield earned | .24% | Interest-bearing days | 4 |
| Average balance for APY | $4,5  4.2 | Interest earned | $   .62 |

Interest for 2   9 to be reported to the Internal Revenue Service on your tax return is $   .59 . This interest amount is subject to change if your account is closed in December.

# EAST WEST BANK  Your financial bridge

5 N. Los Robles Ave., 6TH FL.
Pasadena, CA 9

5 76

WEST COAST DISTRIBUTION, INC.

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $ . | $ . |
| Total Returned Item Fees | $ . | $ . |

## PAYROLL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___9/30/2019___ Balance on Statement: ___$39,822.18___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                         | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                           | $39,822.18 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | | |
|---|---|---|
| | General Account: | 1,189,635.72 |
| | Payroll Account: | 39,822.18 |
| | Tax Account: | 0.00 |
| *Other Accounts: | General - Pre-Petition | 0.00 |
| | Pre-Petition | 0.00 |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                     1,229,457.90

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                     0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| HYG Financial Services I | Monthly | $      5,905.08 | 0 | 0.00 |
| Wells Fargo Equipment F | Monthly | $    12,072.99 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | 2,684.45 | 1,442.86 | 10/31/2019 |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 2,684.45 | 1,442.86 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less | 988,436.89 | 58,040.72 | 1,838,205.46 |
| 31 - 60 days | | 9,102.41 | |
| 61 - 90 days | | 2,383.12 | |
| 91 - 120 days | | 91,381.65 | |
| Over 120 days | | 182,631.17 | |
| TOTAL: | 988,436.89 | 343,539.07 | 1,838,205.46 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Colony Insurance Company | | 3/25/2020 | current |
| Worker's Compensation | Ace American Insu | 2,000,000.00 | 11/1/2019 | current |
| Casualty | | | | |
| Vehicle | United Financial G | 1,000,000.00 | 11/3/2019 | current |
| Others: Umbrella | National Union Fir | 3,000,000.00 | 3/25/2020 | current |
| EPLI | Hudson Insurance | 1,000,000.00 | 9/21/2025 | current |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2019 | 1,200,601.87 | 12,006.02 | | 0.00 | 12,006.02 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 12,006.02 | | 0.00 | 12,006.02 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Khalid Lemlih | 9/21/2019 | 16,173.94, per month, paid bi-weekly | 15,108.32 |
| Glenn Lehrich | 9/21/2019 | 17,102.02 per month, paid bi-weekly | 15,967.42 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 1,234,042.71 | |
| Restricted Cash | | |
| Accounts Receivable | 1,965,795.70 | |
| Inventory | 183,974.70 | |
| Notes Receivable | | |
| Prepaid Expenses | 237,650.06 | |
| Other (Itemize) | | |
| Total Current Assets | | 3,621,463.17 |
| | | |
| Property, Plant, and Equipment | 2,927,740.45 | |
| Accumulated Depreciation/Depletion | (1,944,124.31) | |
| Net Property, Plant, and Equipment | | 983,616.14 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) Security Deposit Receivable | 466,966.77 | |
| Total Other Assets | | 466,966.77 |
| TOTAL ASSETS | | 5,072,046.08 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 988,436.89 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Accrued Payables | 137,678.96 | |
| Other (Itemize) - Commission Payable | 5,623.35 | |
| Total Post-petition Liabilities | | 1,131,739.20 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 1,402,262.44 | |
| Priority Liabilities | 13,127.58 | |
| Unsecured Liabilities | 7,761,805.59 | |
| Accrued Payables | | |
| Other (Itemize)Loan Payable to Shareholder | 1,017,985.27 | |
| Total Pre-petition Liabilities | | 10,195,180.88 |
| TOTAL LIABILITIES | | 11,326,920.08 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (6,560,941.41) | |
| Post-petition Profit/(Loss) | 307,046.13 | |
| Direct Charges to Equity | (978.72) | |
| TOTAL EQUITY | | (6,254,874.01) |
| | | |
| TOTAL LIABILITIES & EQUITY | | 5,072,046.07 |

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | 2,439,970.18 | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 2,439,970.18 | 0.00 |
| | | |
| Cost of Goods Sold: | | |
| Payroll - Other Employees | 172,542.69 | |
| Staffing Companies | 1,165,066.90 | |
| Purchase - Supplies | 50,975.98 | |
| Cost of Goods Sold (COGS) | 1,388,585.57 | 0.00 |
| | | |
| Gross Profit | 1,051,384.61 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | 27,888.60 | |
| Payroll - Other Employees | 115,614.31 | |
| Outside Services - Agency | 37,535.94 | |
| Outside Services - Consulting | 22,563.45 | |
| Other Taxes (Itemize) | | |
| Advertising | 2,580.01 | |
| Auto Expense | 9,182.94 | |
| Bank Charges | 1,712.72 | |
| Commission | 5,623.35 | |
| Depreciation and Amortization | 17,035.58 | |
| Rent Expense - Real Property | 350,878.39 | |
| Lease Expense - Personal Property | 37,718.56 | |
| Insurance | 25,161.20 | |
| Licenses & Permits | 3,742.51 | |
| Office Expense | 2,663.59 | |
| Real Property Taxes | | |
| Security | 43,303.56 | |
| Taxes | 3,796.95 | |
| Telephone and Utilities | 33,189.41 | |
| Repairs and Maintenance | 2,532.71 | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 742,723.78 | 0.00 |
| | | |
| Net Gain/(Loss) from Operations | 308,660.83 | 0.00 |
| | | |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | 1,614.70 | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 1,614.70 | 0.00 |
| | | |
| NET INCOME/(LOSS) | 307,046.13 | 0.00 |

(Attach exhibit listing all itemizations required above)

## XI. QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as
   have been authorized by the court?  If "Yes", explain below:           No    Yes
   The Debtor requested that the bank stop payment on its pre-petition checks, however, before the
   bank stopped payment, a few checks cleared the Debtor's pre-petition account.           x

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration
   to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes",
   explain below:           No    Yes
                            x

3. State what progress was made during the reporting period toward filing a plan of reorganization
   The Debtor has filed a motion to establish bid procedures for the sale of its assets.

4. Describe potential future developments which may have a significant impact on the case:
   The sale of the Debtor's assets.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the
   reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If
   "Yes", please set forth the amounts and sources of the income below.           No    Yes
                            x

I,   Gladys Francisco
     declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-
     possession operating report and that the information contained herein is true and complete to the
     best of my knowledge.

10/15/2019                          _Gladys Francisco_

Date                    Page 16 of 16             Principal for debtor-in-possession