**Fill in this information to identify the case:**

Debtor name: **West Coast Distribution, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known): **2:19-bk-20332-BB**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **Schedule A/B**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/21/2019   x _Gladys M. Francisco_
Signature of individual signing on behalf of debtor

**Gladys Francisco**
Printed name

**Controller**
Position or relationship to debtor

# Fill in this information to identify the case:

Debtor name **West Coast Distribution, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:19-bk-20332-BB**

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | East West Bank | Checking | 5376 | $4,584.82 |
| 3.2. | East West Bank | Checking | 1581 | $365,540.66 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**   $370,125.48
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. Security Deposit Held by Charles Dunn Real Estate Services re 37th Street Property Lease    $176,233.00

---

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | West Coast Distribution, Inc. | Case number (If known) 2:19-bk-20332-BB |
|---|---|---|

| 7.2. | Bond held by DLSE | $5,000.00 |
|---|---|---|
| 7.3. | Security Deposit Held by Imperial Development re Carmenita property | $240,000.00 |
| 7.4. | Southern California Edison Utility Deposit | $10,600.00 |

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

| 8.1. | Progressive Auto Insurance | $1,516.50 |
|---|---|---|
| 8.2. | Premium Financing Specialist re liability insurance | $29,256.59 |
| 8.3. | Dealer Protection Group re EPLI through 9/27/19 | $9,235.41 |
| 8.4. | Patriot Risk Insurance re Tail Policy | $87,500.00 |
| 8.5. | City of Vernon re Business License for Fruitland property | $8,972.50 |
| 8.6. | City of Vernon re Business License for 37th Street property | $8,975.50 |
| 8.7. | DLSE re Garment Registration | $460.51 |
| 8.8. | LA County Tax Collector re property tax for 37th Street property | $5,856.28 |
| 8.9. | LA County Tax Collector re property tax for Fruitland property | $1,903.63 |
| 8.10. | Hutchinson & Bloodgood | $18,221.33 |

Debtor  **West Coast Distribution, Inc.**  Case number (If known) 2:19-bk-20332-BB
Name

| | | |
|---|---|---|
| 8.11. | Manhatan Associates re WMS Annual Maintenance | $29,274.99 |
| 8.12. | International Systems re Finishing Annual Maintenance | $250.00 |
| 8.13. | CDW Direct re Carbon Block Defense | $1,250.00 |
| 8.14. | Lightwell Inc. re license support | $3,999.80 |
| 8.15. | Kyocera re annual support | $2,133.33 |
| 8.16. | Inuit re Qbooks annual support | $744.79 |

9. **Total of Part 2.** $641,384.16
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?** The amount of A/R scheduled herein is the outstanding A/R billed by the Debtor to its customers as of August 30, 2019 (the bankruptcy petition date) and does not include any unbilled amounts, consisting primarily of unbilled amounts during the last week of August. Approximately one week after the end of each month, the Debtor does a month end journal entry in which the unbilled A/R for services rendered, consisting primarily of unbilled amounts during the last week of that month, are added to the A/R totals as a general ledger journal entry. The adjusted A/R totals inclusive of the month-end journal entry will be the month ending A/R figure included by the Debtor in each of its Monthly Operating Reports.

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. Accounts receivable

    11a. 90 days old or less: 1,141,634.92 - 28,868.77 = .... $1,112,766.15
    face amount  doubtful or uncollectible accounts

    11b. Over 90 days old: 212,072.57 - 87,705.85 = .... $124,366.72
    face amount  doubtful or uncollectible accounts

12. **Total of Part 3.** $1,237,132.87
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies<br>Pallets & Shipping Supplies | | $186,200.67 | Cost | $186,200.67 |

| 23. | Total of Part 5. | | $186,200.67 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>See Exhibit 39/40/41 hereto | $10,500.00 | Cost less dep | $10,500.00 |
| 40. | Office fixtures<br>See Exhibit 39/40/41 hereto | $9,705.00 | Cost less dep | $9,705.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>See Exhibit 39/40/41 hereto | $40,451.50 | Cost less dep | $40,451.50 |

| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | $60,656.50 |
| 44. | Is a depreciation schedule available for any of the property listed in Part 7?<br>■ No<br>☐ Yes | |
| 45. | Has any of the property listed in Part 7 been appraised by a professional within the last year?<br>■ No<br>☐ Yes | |

**Part 8:  Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. 1999 Chevy Astro | $500.00 | | $500.00 |

| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
|---|---|---|
| 49. | Aircraft and accessories | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $500.00 |
| 52. | Is a depreciation schedule available for any of the property listed in Part 8?<br>■ No<br>☐ Yes | |
| 53. | Has any of the property listed in Part 8 been appraised by a professional within the last year?<br>■ No<br>☐ Yes | |

**Part 9:  Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Debtor | West Coast Distribution, Inc. | | Case number (If known) | 2:19-bk-20332-BB | |
|---|---|---|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 2602-08 E 37th St. Vernon, CA 90058 | Leasehold | Unknown | | Unknown |
| 55.2. 12828 Carmenita Road, Santa Fe Springs, CA | Leasehold | Unknown | | Unknown |
| 55.3. 5175 S. Soto St. Vernon, CA 90058 | Leasehold | Unknown | | Unknown |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property
59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets
70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | West Coast Distribution, Inc. | Case number *(If known)* 2:19-bk-20332-BB |
|---|---|---|
| | Name | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $370,125.48 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $641,384.16 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $1,237,132.87 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $186,200.67 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $60,656.50 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $500.00 | |
| 88. | Real property. *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,495,999.68 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,495,999.68 |

**EXHIBIT 39/40/41 TO SCHEDULE B**

| Asset Type | Description | Qty | Est Cost | Total Cost |
|---|---|---|---|---|
| Computer | | | | |
|   Computer Software | WMS - Manhattan / Scale | 140 users | | |
|   Computer Software | Web Filter - Barracuda | 3 | | $ - |
|   Computer Hardware | Computer Monitors | 249 | $ 20.00 | $ 4,980.00 |
|   Computer Hardware | Desktop Computer | 177 | $ 50.00 | $ 8,850.00 |
|   Computer Hardware | Laptop | 26 | $ 50.00 | $ 1,300.00 |
|   Computer Hardware | Handheld Scanner | 137 | $ 69.50 | $ 9,521.50 |
|   Computer Hardware | Handheld Charger | 37 | | $ - |
|   Computer Hardware | Label Printer | 65 | $ 50.00 | $ 3,250.00 |
|   Computer Hardware | Paper Printer | 71 | $ 50.00 | $ 3,550.00 |
|   Computer Hardware | Server | 12 | $ 750.00 | $ 9,000.00 |
| | | | | **$ 40,451.50** |
| Machinery & Equipment | | | | |
|   Telephone | IP Telephone | 91 | $ 20.00 | $ 1,820.00 |
|   Electronics | Mobile Phones | 32 | $ 50.00 | $ 1,600.00 |
|   Electronics | Docking Station | 9 | $ 40.00 | $ 360.00 |
|   Electronics | Handheld Radio | 101 | $ 30.00 | $ 3,030.00 |
|   Equipment | Network Switch | 65 | $ 33.00 | $ 2,145.00 |
|   Equipment | Weighing Scale | 30 | $ 25.00 | $ 750.00 |
| | | | | **$ 9,705.00** |
| Furnitures & Fixtures | | | | $ - |
|   Furnitures | Office Desks | 125 | $ 50.00 | $ 6,250.00 |
|   Furnitures | Office Chairs | 150 | $ 25.00 | $ 3,750.00 |
|   Furnitures | Conference Table | 2 | $ 100.00 | $ 200.00 |
| | | | | **$ 10,200.00** |
|   Fixtures | Racking System - SFS building | | | |